· Harper F. Carroll, appellant, v. Alexander Bisno et al., appellees. Gen. No. 31,963.

Appeal from dismissal of bill to establish a trust in personalty. Appeal from the Circuit Court of Cook county; the Hon. Ira Ryner, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 18, 1928.

A. W. Martin and Edward H. S. Martin, for appellant. I. B. Padorr, for appellees.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

A. O. Chapin, plaintiff in error, v. E. H. Sheppley and G. W. Sheppley, trading as Sheppley Brothers, defendants in error. Gen. No. 32,012.

Assumpsit for damages for failure to properly perform duties of real estate broker. Judgment for defendants. Error to the Superior Court of Cook county; the Hon. Michael L. McKinley, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and remanded. Opinion filed January 18, 1928.

Jacob Levy, for plaintiff in error; J. M. Gwin, of counsel. Decker & Golden, for defendants in error.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

Max L. Rasoff, appellant, v. Yellow Cab Company, appellee. Gen. No. 32,021.

Suit to enforce attorney's lien. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Warren H. Orr, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Reversed and remanded with directions. Opinion filed January 18, 1928.

Klapman & Annes, for appellant; Martin M. Gross, of counsel; Samuels, Costello & Greenberg, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.

---

H. Fred Schlingmann, appellee, v. Joseph Scherzer, appellant. Gen. No. 32,035.

Suit for balance due for labor and material furnished for the construction of a building. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. James P. Mooneyham, Judge, presiding. Heard in the third division of this court for the first district at the October term, 1927. Affirmed. Opinion filed January 18, 1928.

Frank J. Link, for appellant. Payton J. Tuohy, for appellee.

Mr. Presiding Justice Taylor delivered the opinion of the court.